UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YVETTE MOLINA,

          Plaintiff,

          v.

BURLINGTON COAT FACTORY OF TEXAS, INC.,

          Defendant.

No. 21 CIV. 02770 (RA)

**ORDER**

---

RONNIE ABRAMS, United States District Judge:

It is hereby Ordered on consent that the deposition of the plaintiff in the above-captioned action shall take place on February 7, 2023 at 10:00 o'clock a.m. at the office of Veritext Legal Solutions, 880 River Avenue, Lower Level, Bronx, New York 10452. These arrangements can only be modified upon the written consent of all parties and consistent with the March 16, 2023 deadline for completion of factual discovery contained within the Court's Order of December 20, 2022 (Document 27).

SO ORDERED.

Date: January 12, 2023
New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge