UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YVETTE MOLINA,

            Plaintiff,

            v.

BURLINGTON COAT FACTORY OF TEXAS, INC.,

            Defendant.

No. 21-cv-2770 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    At today's conference in this matter, the parties agreed that Plaintiff will make a settlement demand by no later than March 13, 2023. Accordingly, the parties are hereby ordered to submit a joint letter updating the Court on the status of settlement discussions by no later than April 3, 2023.

SO ORDERED.

Date: March 3, 2023
New York, New York

                                                                  Hon. Ronnie Abrams
                                                                 United States District Judge